UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN MANUEL BISHOP, JR. et al. | * | Civil Action No.: 07-2832 |
| | * | |
| versus | * | Section: N |
| | * | |
| SHELL OIL COMPANY et al. | * | Magistrate: 5 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' PUTATIVE INDUSTRIAL HYGIENIST JOHN SPENCER

NOW COME Plaintiffs, Jo Ann V. Bishop and Shaun C. Bishop, individually and as the legal representatives of James Manuel Bishop, Jr., through undersigned counsel, who respectfully request that this Honorable Court grant their motion to exclude the testimony of Defendants' putative industrial hygienist expert John Spencer, for the reasons set out in their supporting memorandum.

WHEREFORE, Plaintiffs, Jo Ann V. Bishop and Shaun C. Bishop, individually and as the legal representatives of James Manuel Bishop, Jr., pray that this Court grants their motion to exclude the testimony of Defendants' putative industrial hygienist expert John Spencer at trial.

Respectfully Submitted:

*/s/ **L. Eric Williams, Jr.***
L. Eric Williams, Jr. (La. Bar No. 26773)
**Williams Law Office, LLC**
3021 35th St., Ste. B
Metairie, Louisiana 70001
Telephone: (504) 832-9898
Facsimile: (504) 832-9838
E-mail: eric@toxictortlaw.net

John F. Young, Jr. (La. Bar No. 01659)
609 Metairie Road, #300
Metairie, Louisiana 70005
Telephone: (504) 352-8855
Facsimile: (504) 836-6565
E-mail: jfylaw@yahoo.com

*and*

Richard J. Fernandez (La. Bar No. 5532)
**Richard J. Fernandez, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 834-8500
Facsimile: (504) 834-1511
E-mail: rick@rjfernandez.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that this pleading has been served upon all counsel via electronic filing, May 30, 2009.

*/s/ **L. Eric Williams, Jr.***
L. ERIC WILLIAMS, JR.