UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOANN V. BISHOP, ET AL.,** | **CIVIL ACTION NO. 07-2832** |
| **Plaintiffs,** | |
| | **SECTION: "N"** |
| vs. | |
| | **JUDGE ENGELHARDT** |
| **SHELL OIL COMPANY, ET AL.,** | |
| **Defendants.** | **MAGISTRATE: CHASEZ** |

### DEFENDANT RADIATOR SPECIALTY COMPANY'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO JOIN IN AND ADOPT CO-DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENSE EXPERT JOHN SPENCER

NOW INTO COURT, through undersigned counsel, comes Defendant, Radiator Specialty Company, and respectfully requests that this Honorable Court grant this Motion for Leave to Join In and Adopt, as if copied herein in extenso, the Opposition to Plaintiffs' Motion to Exclude Defense Expert John Spencer, said Opposition designated as Document #243 (with all exhibits) on the Docket Sheet in this matter, as this Defendant would make the same arguments and attach the same exhibits. Judicial economy will be served by allowing this Joinder and Adoption, rather than requiring another identical motion to be filed into the record.

Respectfully submitted,

/s/ *Lynn Luker*
Lynn Luker (8935)
**LYNN LUKER & ASSOCIATES, LLC**
3433 Magazine Street
New Orleans, LA 70115
Phone: 504.648.6000
Fax: 504.525.5599
Lynn.Luker@LLALaw.com
**LOCAL COUNSEL FOR DEFENDANT,
RADIATOR SPECIALTY COMPANY**

        AND

        /s/ James M. Riley, Jr.
        James M. Riley, Jr.
        **COATS, ROSE, YALE, RYMAN & LEE, P.C.**
        3 Greenway Plaza, Suite 2000
        Houston, Texas  77046
        Phone:  (713) 651-0111
        Fax:   (713) 651-0220
        JRiley@coatsrose.com

        **NATIONAL COUNSEL**
        **FOR DEFENDANT,**
        **RADIATOR SPECIALTY COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by ECF service on this 12th day of June, 2009.

        /s/ *Lynn Luker*