UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JO ANN V. BISHOP et al. | * | Civil Action No.: 07-2832 |
| | * | |
| versus | * | Section: N   (Judge Engelhardt) |
| | * | |
| SHELL OIL COMPANY et al. | * | Magistrate: 5 (Judge Chasez) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF
PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF
DEFENDANTS' PUTATIVE INDUSTRIAL HYGIENIST
JOHN SPENCER**

NOW COME Plaintiffs, Jo Ann V. Bishop and Shaun C. Bishop, individually and as the legal representatives of James Manuel Bishop, Jr., through undersigned counsel, who respectfully request that this Honorable Court grant their motion for permission to file their reply memorandum (attached hereto) in further support of *Plaintiffs' Motion to Exclude the Testimony of Defendants' Putative Industrial Hygienist John Spencer* (Rec. Doc. 207), and in response to the *Memorandum in Opposition to Plaintiffs' Motion to Exclude Testimony of Industrial Hygienist John Spencer* filed by El Paso Energy E.S.T. Company, Marathon Oil Company, Shell Oil Company, and Shell Chemical L.P. (Rec. Doc. 243) and in response to Defendant Radiator Specialty Company's adoption of that opposition memorandum (*see Defendant Radiator*

1

*Specialty Company's Motion and Incorporated Memorandum for Leave to Join in and Adopt Co-Defendants' Opposition to Plaintiffs' Motion to Exclude Defense Expert John Spencer* (Rec. Doc. 259) (which, upon information and belief, the Court has not yet granted).

WHEREFORE, Plaintiffs, Jo Ann V. Bishop and Shaun C. Bishop, individually and as the legal representatives of James Manuel Bishop, Jr., pray for permission to file the attached reply memorandum.

                Respectfully Submitted:

                */s/ **Lynn Eric Williams, Jr.***
                Lynn Eric Williams, Jr., LSBN 26773
                **WILLIAMS LAW OFFICE, LLC**
                3021 35th St., Ste. B
                Metairie, Louisiana   70001
                Telephone:   (504) 832-9898
                Facsimile:    (504) 832-9838
                E-mail:          eric@toxictortlaw.net
                **ATTORNEY FOR PLAINTIFFS**

                */s/ **John F. Young, Jr.***
                John F. Young, Jr., LSBN 01659
                609 Metairie Road, #300
                Metairie, Louisiana 70005
                Telephone:    (504) 352-8855
                Facsimile:     (504) 836-6565
                E-mail:jfylaw@yahoo.com
                **ATTORNEY FOR PLAINTIFFS**

                      *and*

>*/s/ Richard J. Fernandez*
> Richard J. Fernandez, LSBN 05532
> **LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
> 3000 West Esplanade Avenue, Suite 200
> Metairie, Louisiana 70002
> Telephone:   (504) 834-8500
> Facsimile:    (504) 834-1511
> E-mail:        rick@rjfernandezlaw.com
> **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that this pleading has been served upon all counsel via electronic filing, this 6th day of July, 2009.

>*/s/ Richard J. Fernandez*
> RICHARD J. FERNANDEZ